**REED SMITH LLP**
*Formed in the State of Delaware*
Diane A. Bettino, Esq.
Greyson K. Van Dyke, Esq.
506 Carnegie Center, Suite 300
Princeton, New Jersey 08540
Tel. (609) 987-0050
gvandyke@reedsmith.com
*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEORGE MCCANTS, an individual, the borrower, and the mortgagor of the real property incorporated by reference below residing in New Jersey,<br><br>    Plaintiff,<br><br>    vs.<br><br>JPMORGAN CHASE & CO., D/B/A JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, a Delaware foreign for-profit business corporation, and assignee of the real property situated at 92-94 Tuxedo Parkway in Newark, with domestic incorporation in New Jersey,<br><br>    Defendant. | Civil Action No. 2:24-cv-05837-CCC-JSA<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1) AND (6)**<br><br>Motion Date: January 21, 2025<br><br>DOCUMENT ELECTRONICALLY FILED |

**TO:**   George McCants
            1254 Clinton Place
            Elizabeth, New Jersey 07298
            *Pro Se Plaintiff*

**PLEASE TAKE NOTICE THAT** Reed Smith LLP, counsel for Defendant JPMorgan Chase Bank, N.A. ("Defendant"), incorrectly sued as JP Morgan Chase & Co d/b/a JP Morgan Chase Bank National Association, shall move before the Honorable Judge Claire C. Cecchi, U.S.D.J., at the Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, on a Motion to Dismiss Plaintiff George McCants' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6).

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendant shall rely on the Memorandum of Law submitted herewith and the Certification of Greyson K. Van Dyke, with exhibits.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order granting Defendant's Motion to Dismiss is enclosed herewith.

**REED SMITH LLP**

*/s/Greyson K. Van Dyke*
Greyson K. Van Dyke

Dated:  December 16, 2024